IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PAUL KOROWSKI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COLLECTION BUREAU SERVICES, INC., a Montana Corporation, the STATE OF MONTANA, the UNITED STATES OF AMERICA, PINEWOOD PROPERTY OWNERS ASSOCIATION, and SANDRA L. DOUBEK, an individual, and if deceased, all legal and personal representatives, heirs, legatees and devisees, and all other persons unknown who claim or might claim any right, title, estate or interest in, or lien or encumbrances upon the real property described in the Complaint or any part thereof, adverse to the Plaintiff's title thereto, whether such claim or possible claim be present or contingent, including any claim or possible claim of elective share, inchoate or accrued,<br><br>　　　　　Defendants. | CV 21–03–M–DLC<br><br>ORDER |

Plaintiff Paul Korowski and Defendant United States of America having stipulated, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss

this action with prejudice as it relates to the United States, and jointly moving to remand this case,

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE against the United States, each party to bear its own costs and fees.

IT IS FURTHER ORDERED that the parties' joint motion (Doc. 4) is GRANTED.  This case is REMANDED to Montana's Nineteenth Judicial District Court, Lincoln County.  See 28 U.S.C. §§ 1444, 2410.

DATED this 9th day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court